**John W. GARAPICH, Plaintiff— Appellant,**

v.

**Gordon ENGLAND,[*] Secretary of the Navy, Defendant—Appellee.**

No. 00–55885.

D.C. No. CV 98–2024–JM(LAB).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 7, 2002.

Decided Feb. 20, 2002.

---

[**] The Honorable Milton I. Shadur, United States District Judge for the Northern District of Illinois, sitting by designation.

[*] Gordon England is substituted for his predecessor, Richard Danzig, as Secretary of the U.S. Navy. Fed. R.App. P. 43(c)(2).

Before ARCHER,** O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM ***

Garapich, a civilian employee of the U.S. Navy, appeals from the district court's grant of England's motion for summary judgment on his age, sex, and disability discrimination and retaliation claims. Garapich alleges that the U.S. Navy discriminated against him in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, Title VII, 42 U.S.C. § 2000e *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*, and retaliated against him for engaging in a protected activity in violation of 42 U.S.C. § 2000e–3(a).

For the reasons ably set forth in Judge Miller's order granting summary judgment, we **AFFIRM.**

** The Honorable Glenn L. Archer, Jr., Senior Circuit Judge of the United States Court of Appeals for the Federal Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.